IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| BELINDA KNAPTON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ANDREW SAUL, Commissioner of Social Security Administration,<br><br>　　　　　Defendant. | CV 20-141-M-KLD<br><br><br>ORDER |

　　　　The Parties have filed a Stipulation for an award of attorney's fees pursuant to the Equal Access to Justice Act (EAJA) 28 U.S.C. §2412. (Doc. 23). Accordingly,

　　　　IT IS ORDERED that EAJA attorney's fees in the amount of $7,300.00, expenses in the amount of $0.00, and costs in the amount of $400.00 shall be awarded to Plaintiff pursuant to *Astrue v. Ratliff*, 130 U.S. 2521 (2010). If it is determined that Plaintiff's EJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, the check for EAJA fees shall be made payable to Andrew T. Koenig, based upon Plaintiff's assignment of these

1

amounts to Plaintiff's attorney. Any payment of costs may be made either by electronic fund transfer (ETF) or by check. Any check for EAJA fees shall be mailed to Plaintiff's counsel at the following address: P.O. Box 2101, Missoula, MT, 59806.

DATED this 3rd day of March, 2022

_____
Kathleen L. DeSoto
United States Magistrate Judge